UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KERRY J. DAVIDSON, ESQ., c/o Law Offices of  :
Kerry J. Davidson, LLC

                                                      Plaintiff,   :

                - against -   :   ORDER

DAPHNE T. CHISOLM, ESQ.   :   21-CV-656 (PGG)(KNF)

                                            Defendant.   :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on June 15, 2021, at 11:00 a.m.  All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York        SO ORDERED:
       June 10, 2021

                                                                     _____
                                                                     KEVIN NATHANIEL FOX
                                                                     UNITED STATES MAGISTRATE JUDGE